**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

James Edward Sudduth III
Sudduth & Associates
1109 Pithon Street
Lake Charles LA 70601

Pierce A. Rapin
Sudduth & Associates, LLC
1109 Pithon St.
Lake Charles LA 70601

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 3, 2024

**REHEARING ACTION: April 3, 2024**

**Docket Number: 23   00766-CA**

**PINK LADIES TRUCKING, LLC**
**VERSUS**
**MARTIN YOKUM, ET AL.**

**Appealed from Calcasieu Parish Case No. 2019-0056**

**BEFORE JUDGES:**

> **Hon. Shannon J. Gremillion**
> **Hon. Gary J. Ortego**
> **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Northlawn Investments, Inc., d/b/a Triplett's Payment Center** has this day been

> **DENIED.**

cc: R. Bray Williams, Counsel for the Appellee
    Peyton F. Pawlicki, Counsel for the Appellee